ORIGINAL

FILED
JUL 25 2008
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

KLOPPENBURG ENTERPRISES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

Case No. 08-540 C

**MOTION FOR A TEMPORARY RESTRAINING ORDER**

Pursuant to Rule 65(b) of the Rules of the Court of Federal Claims, Plaintiff Kloppenburg Enterprises, Inc. moves the Court for entry of a temporary restraining order enjoining the Defendant, The United States, acting by and through the Department of Defense, Department of Defense Education Activity, DODDS-P/DDESS-G-Procurement Division, and their agents, employees, officers and representatives, and those acting in concert with them, from awarding and/or proceeding with performance of the disputed contract under Solicitation No. HE1260-08-R-8001 until further order of

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

this Court. A memorandum in support of this motion and Plaintiff's Motion for a Preliminary Injunction is filed herewith, and a proposed Order is attached.

DATED this 23rd day of July, 2008.

Respectfully submitted,

By:____________________

John Spencer Stewart
Thomas A. Larkin
Robert B. Coleman
STEWART SOKOL & GRAY LLC
2300 SW First Avenue, Suite 200
Portland, OR 97201-5047
Telephone: (503) 221-0699
Facsimile: (503) 223-5706
Attorney of Record for Kloppenburg Enterprises, Inc.

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

KLOPPENBURG ENTERPRISES, INC.,

Case No.

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**CERTIFICATE REQUIRED BY RULE 65 OF THE RULES OF THE UNITED STATES COURT OF FEDERAL CLAIMS**

I, John Spencer Stewart, the undersigned counsel of record for Kloppenburg Enterprises, Inc., certify that I hand delivered or caused to be hand delivered, two copies of the Complaint, Motion for Temporary Restraining Order, Motion for Preliminary Injunction, Memorandum in Support Thereof and accompanying documents to Commercial Litigation Branch, Civil Division, U.S. Department of Justice, 1100 L

///

///

///

///

///

///

///

Street, NW, Room 12124, Washington, D.C., 20530, in accordance with Rule 65(f) of the Rules of the United States Court of Federal Claims.

DATED this 23rd day of July, 2008.

Respectfully submitted,

By: ______________________

John Spencer Stewart
Thomas A. Larkin
Robert B. Coleman
STEWART SOKOL & GRAY LLC
2300 SW First Avenue, Suite 200
Portland, OR 97201-5047
Telephone: (503) 221-0699
Facsimile: (503) 223-5706
Attorney of Record for Kloppenburg Enterprises, Inc.