ORIGINAL

FILED
JUL 25 2008
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

KLOPPENBURG ENTERPRISES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

Case No. 08-540 C

**RULE 7.1 DISCLOSURE STATEMENT OF KLOPPENBURG ENTERPRISES, INC.**

Pursuant to RCFC 7.1, Kloppenburg Enterprises, Inc. hereby submits this Disclosure Statement. Kloppenburg Enterprises, Inc. is not a publicly traded corporation and does not have any parent company.

DATED this 23rd day of July, 2008.

Respectfully submitted,

By:______________________________

John Spencer Stewart
Thomas A. Larkin
Robert B. Coleman
STEWART SOKOL & GRAY LLC
2300 SW First Avenue, Suite 200
Portland, OR 97201-5047
Telephone: (503) 221-0699
Facsimile: (503) 223-5706
Attorney of Record for Kloppenburg Enterprises, Inc.