ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

KLOPPENBURG ENTERPRISES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

Case No. 08-540 C

**MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Rule 65(a) of the Rules of the Court of Federal Claims, Plaintiff Kloppenburg Enterprises, Inc., moves the Court for entry of a preliminary injunction enjoining the Defendant, acting through the Department of Defense and Department of Defense Education Activity and/or DODDS-P/DDESS-G-Procurement Division, its agents, employees, officers, and representatives, and those acting in concert with or participating with any of the foregoing, from awarding and/or proceeding with performance of the disputed contract under Solicitation No. HE1260-8-R-8001, pending

///

///

///

///

///

///

a final determination of the merits by this Court. A Memorandum of Points and Authorities in Support of Plaintiff's Motion for Preliminary Injunction is filed herewith.

DATED this 23rd day of July, 2008.

Respectfully submitted,

By:____________________

John Spencer Stewart
Thomas A. Larkin
Robert B. Coleman
STEWART SOKOL & GRAY LLC
2300 SW First Avenue, Suite 200
Portland, OR 97201-5047
Telephone: (503) 221-0699
Facsimile: (503) 223-5706
Attorney of Record for Kloppenburg Enterprises, Inc.