# In the United States Court of Federal Claims

Case No. 08-540C
(Filed: July 25, 2008)

*********************************************
KLOPPENBURG ENTERPRISES, INC., *Plaintiff,*

v.

THE UNITED STATES OF AMERICA, *Defendant.*
*********************************************

## ORDER

This Order confirms the **telephonic Preliminary Status Conference** (on the record) scheduled for **2:00 p.m. (eastern time)**, on **Monday, July 28, 2008.** The Defendant shall initiate the conference call with the Plaintiff and potential Intervenor, before calling the Judge at (202) 357-6504.

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge