IN THE UNITED STATES COURT OF FEDERAL CLAIMS
BID PROTEST

| | |
|---|---|
| KLOPPENBURG ENTERPRISES, INC., Plaintiff, v. THE UNITED STATES, Defendant, and ALUTIIQ PACIFIC, LLC, Defendant-Intervenor. | No. 08-540C (Judge Baskir) |

NOTICE OF MANUAL FILING

Pursuant to the Court's special procedures order dated July 29, 2008, defendant, the United States, has manually filed the administrative record utilizing CD-ROM.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

KENNETH M. DINTZER
Assistant Director

s/ Michael J. Dierberg
MICHAEL J. DIERBERG
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Fl.
1100 L St. NW
Washington, DC 20530

August 1, 2008

Attorneys for Defendant