IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

KLOPPENBURG ENTERPRISES, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

Case No. 08-540C
(JUDGE BASKIR)

**MOTION FOR ENLARGEMENT OF TIME TO FILE MOTION FOR JUDGMENT ON ADMINISTRATIVE RECORD**

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, Plaintiff Kloppenburg Enterprises, Inc. ("Kloppenburg"), moves the Court for a four-day enlargement of time to file its Motion for Judgment On the Administrative Record, from August 11, 2008 until August 15, 2008.

Kloppenburg expressly seeks leave of the Court to file this motion, as required by paragraph 4 of the Court's July 29, 2008 Special Procedures Order. Kloppenburg has not previously requested an enlargement of time of this deadline. Counsel for Kloppenburg has discussed the motion with

counsel for both intervenor and the United States. As described below, intervenor does not oppose this motion, the United States may file an opposition to this motion, but does not oppose Kloppenburg's alternative motion that all briefing deadlines be adjusted by four business days.

The unusual circumstances necessitating the late motion and the requested enlargement are as follows:

(1) When the original briefing schedule was set, Kloppenburg anticipated that the administrative record would be received by counsel on the date it was filed with the Court, on August 1, 2008, 10 days before Kloppenburg's response was due. The administrative record was manually filed with the Court on August 1, 2008, but not received by counsel until August 5, 2008. Because counsel and Kloppenburg are in time zones almost twelve hours apart, Kloppenburg needs the full 10 days (a) for counsel to consider the administrative record and (b) for counsel and Kloppenburg to communicate regarding the contents of the administrative record.[1] All communications between counsel and Kloppenburg must, of course, be mindful of the requirements of the Protective Order. Kloppenburg, however, could not anticipate the need for an enlargement of

time until counsel reviewed the administrative record; and

(2) In light of the contents of the administrative record, counsel believes that the additional time can be used to the advantage of all parties and the Court, in that Kloppenburg can consider whether some issues it has raised need not be pursued further in this protest. Additional time is required, however, because counsel's analysis of the administrative record and communication regarding the same could not be commenced until after August 5, 2008, when the administrative record was received. Accordingly, Kloppenburg could not anticipate the need for an enlargement of time until counsel reviewed the administrative record.

Counsel for intervenor, S. Lane Tucker, does not oppose Kloppenburg's motion, on the condition that Kloppenburg will not oppose an enlargement of four business days for intervenor's cross-motion, if needed. Kloppenburg will not oppose any such motion.

Counsel for the United States opposes Kloppenburg's motion, unless the entire briefing schedule is moved out four business days. Kloppenburg does not oppose the enlargement suggested by the United States, and moves, in the alternative, that such an enlargement be granted. However, Kloppenburg believes that moving the entire briefing schedule four

business days will not be necessary because: (1) it anticipates streamlining the issues in the protest in light of the administrative record; (2) the enlargement requested only takes into account the 4 days lost between filing and receipt of the administrative record; and (3) the current briefing schedule allows the United States and intervenor 2 weeks to file their cross-motions on the administrative record. Kloppenburg informed the United States that it would consent to the same condition as required by intervenor.

## CONCLUSION

For the foregoing reasons, Kloppenburg respectfully requests an enlargement of time of four days, from August 11, 2008, to August 15, 2008, within which to file its Motion for Judgment on the Administrative Record. This motion is unopposed by intervenor, and opposed by the United States.

///

///

///

In the alternative, Kloppenburg respectfully requests an enlargement of four business days of all dates briefing deadlines in the Court's scheduling order. This motion is unopposed by any party.

DATED this 11th day of August, 2008.

Respectfully submitted,

By: S/ Robert B. Coleman

John Spencer Stewart
Thomas A. Larkin
Robert B. Coleman
STEWART SOKOL & GRAY LLC
2300 SW First Avenue, Suite 200
Portland, OR 97201-5047
Telephone: (503) 221-0699
Facsimile: (503) 223-5706
Attorney of Record for Kloppenburg Enterprises, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing **MOTION FOR ENLARGEMENT OF TIME TO FILE MOTION FOR JUDGMENT ON ADMINISTRATIVE RECORD** on:

Mr. Michael J. Dierberg
Trial Attorney
Commercial Litigation Branch
1100 L Street, NW, 8th Floor
Washington, DC 20530
Facsimile: (202) 305-7643
Email: nationalcourts.bidprotest@usdoj.gov

S. Lane Tucker
Perkins Coie LLP
1029 West 3rd Avenue, Suite 300
Anchorage, Alaska 99501-1981
Facsimile: (907) 276-3108
Email: ltucker@perkinscoie.com

by the following indicated method or methods:

✓ by causing a full, true and correct copy thereof to be **electronically mailed** to each recipient shown above, at their last-known electronic mail address on the date set forth below.

____ by causing a full, true and correct copy thereof to be **hand-delivered** to the attorney at the attorney's last-known office address listed above on the date set forth below.

____ by sending a full, true and correct copy thereof via **overnight courier** in a sealed, prepaid envelope, addressed to the attorney as shown above, the last-known office address of the attorney, on the date set forth below.

✓ by **faxing** a full, true and correct copy thereof to the attorney at the fax number shown above, which is the last-known fax number for the attorney's office, on the date set forth below.

DATED this 11th day of August, 2008.

S/ Robert B. Coleman
John Spencer Stewart
Thomas A. Larkin
Robert B. Coleman
Of Attorneys for Plaintiff Kloppenburg Enterprises, Inc.