# In the United States Court of Federal Claims

Case No. 08-540C
(Filed: August 14, 2008)

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
**KLOPPENBURG ENTERPRISES, INC.,**
*Plaintiff,*

v.

**THE UNITED STATES OF AMERICA,**
*Defendant,*

and

**ALUTIIQ PACIFIC, LLC,**
*Intervenor.*
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The Plaintiff's **Motion for an Enlargement of Time to File Motion for Judgment on Administrative Record**, filed August 11, 2008, is hereby **GRANTED.** The briefing schedule is adjusted by 4 days as follows:

| | |
|---|---|
| August 15, 2008 | Plaintiff to file Motion for Judgment on the Administrative Record. |
| August 29, 2008 | Government and Intervenor to file Cross-motions for Judgment on the Administrative Record and Opposition to Plaintiff's Motion. |
| September 4, 2008 | Plaintiff to file Opposition to Government's and Intervenor's Cross-motions. |
| September 12, 2008 | Government and Intervenor to file Reply to Plaintiff's Opposition; parties to jointly file the Consolidated Statement of Uncontroverted Facts. |

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge