IN THE UNITED STATES COURT OF FEDERAL CLAIMS

BID PROTEST

KLOPPENBURG ENTERPRISES, INC.,
*Plaintiff,*
v.

THE UNITED STATES,
*Defendant*,
and

ALUTIIQ PACIFIC, LLC,
*Intervenor*.

Case No. 08-540C
(JUDGE BASKIR)

**RULE 41(a)(1)(i) NOTICE OF DISMISSAL**

///

///

///

///

///

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(i) of the Rules of the Court of Federal Claims, Plaintiff Kloppenburg Enterprises, Inc. ("Kloppenburg") hereby dismisses this action, without prejudice, prior to the service of an answer or a motion for summary judgment.

DATED this 14th day of August, 2008.

Respectfully submitted,

By: S/ Robert B. Coleman

John Spencer Stewart
Thomas A. Larkin
Robert B. Coleman
STEWART SOKOL & GRAY LLC
2300 SW First Avenue, Suite 200
Portland, OR 97201-5047
Telephone: (503) 221-0699
Facsimile: (503) 223-5706
Attorney of Record for Kloppenburg Enterprises, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **NOTICE OF DISMISSAL** on:

Mr. Michael J. Dierberg
Trial Attorney
Commercial Litigation Branch
1100 L Street, NW, 8th Floor
Washington, DC 20530
Facsimile: (202) 305-7643
Email: nationalcourts.bidprotest@usdoj.gov

S. Lane Tucker
Perkins Coie LLP
1029 West 3rd Avenue, Suite 300
Anchorage, Alaska 99501-1981
Facsimile: (907) 276-3108
Email: ltucker@perkinscoie.com

by the following indicated method or methods:

✓ by causing a full, true and correct copy thereof to be **electronically mailed** to each recipient shown above, at their last-known electronic mail address on the date set forth below.

____ by causing a full, true and correct copy thereof to be **hand-delivered** to the attorney at the attorney's last-known office address listed above on the date set forth below.

____ by sending a full, true and correct copy thereof via **overnight courier** in a sealed, prepaid envelope, addressed to the attorney as shown above, the last-known office address of the attorney, on the date set forth below.

✓ by **faxing** a full, true and correct copy thereof to the attorney at the fax number shown above, which is the last-known fax number for the attorney's office, on the date set forth below.

DATED this 14th day of August, 2008.

Robert B. Coleman
John Spencer Stewart
Thomas A. Larkin
Robert B. Coleman
Of Attorneys for Plaintiff Kloppenburg Enterprises, Inc.