# In the United States Court of Federal Claims

Case No. 08-540C
(Filed: September 3, 2008)

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | * |
| **KLOPPENBURG ENTERPRISES, INC.,** | * |
| *Plaintiff,* | * |
| | * |
| v. | * |
| | * |
| **THE UNITED STATES OF AMERICA,** | * |
| *Defendant,* | * |
| | * |
| and | * |
| | * |
| **ALUTIIQ PACIFIC, LLC,** | * |
| *Intervenor.* | * |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | * |

## ORDER

In accord with the Plaintiff's Notice of Dismissal filed August 14, 2008, and pursuant to this Court's Rule 41(a)(1)(i), **this case is dismissed without prejudice**. Parties are to bear their own costs.

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge